ROBERT J. DUPONT CA Bar No. 176621
Wilner & O'Reilly, APLC
17777 Center Court Dr. Suite 200
Cerritos, CA 90703

Tel: 562 207-6789
Fax: 562 207-6788
E-mail: rdupont@wilneroreilly.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEF EL-ARBI, USC; <br><br> ZAINAB K. RUSTOM, WAC 06-051-52401 MSC 06 075 26673 <br><br> Plaintiffs, <br> v. <br><br> CHRISTINA POULOS, District Director California Service Center, USCIS ; ROBERT M. COWAN, Director National Benefits Center; EMILIO GONZALEZ, COMMISSIONER, USCIS; MICHAEL CHERTHOFF, Secretary Department of Homeland Security; DEPARTMENT OF STATE ; CONDOLEEZZA RICE Secretary of State; LEWIS LUKENS, Vancouver Consulate Consul General; PATRICIA J. RAIKES, Consular Chief U.S. Consulate in Vancouver; | Case No NO.CV 07-06646 GAF (PLAx) <br><br> NOTICE OF MOTION AND MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL-ARBI and ZAINAB RUSTOM; <br><br> MEMORANDUM OF POINTS AND AUTHORITIES; <br><br> DECLARATION OF ROBERT DUPONT; <br><br> PROPOSED FIRST AMENDED COMPLAINT FILED SEPARATELY; <br><br> Hearing Date: March 3, 2008 <br> Time of Hearing: 9:30 a.m. <br> Courtroom 740 Roybal <br> Before: Judge Gary Fees |

1

NOTICE OF MOTION AND MOTION FOR LEAVE OF THE COURT
TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL-ARBI AND ZAINAB K. RUSTOM

Please take notice that on March 3, 2008 at 8:30 a.m., in Courtroom 740 of United States District Court for the Central District of California, the Honorable Judge Gary Alan Fees presiding, Plaintiffs SHAREEF EL-ARBI and ZAINAB K. RUSTOM will move the Court pursuant to Federal Rules of Civil Procedure to grant Plaintiff leave to amend his complaint in the form of the First Amended Complaint in Mandamus filed separately and concurrently with this noticed motion.

Pursuant to Local Rule 7.4.1, this motion is made following the entry of appearance by Defendants filing their response in the form of a Motion to Dismiss. Plaintiff's counsel conducted a conference with Defendants' counsel on January 15, 2008 wherein Plaintiffs' counsel informed the United States Attorney's Office of its intention to amend the pleadings.

Pursuant to Federal Rule of Civil Procedure 7(b) this relief is being requested in writing via noticed motion. Pursuant to Federal Rule of Civil Procedure 15(a) plaintiff may amend its pleading by leave of the court and leave shall be freely given when justice so requires.

This motion is made upon the grounds that Defendants have confirmed the fact the Federal Bureau of Investigation ("FBI") in an effort to recruit or otherwise interfere with the well being of Plaintiff Shareef El-Arbi has been actively interfering with the processing of Plaintiffs' K-3 and I-130 immigrant visas. Plaintiffs wish to also include pleadings reflecting the transfer of Plaintiffs' I-130 immigrant visa case file to the Department of State and possible return of Plaintiffs' K-3 visa case file from the Department of State to USCIS.

Justice does require that the court grant leave for amendment of the pleadings so Plaintiffs may seek relief in this action in which plaintiffs may petition the court to enjoin Federal Bureau of Investigation interference with the processing of Plaintiffs' immigrant

2

visa applications and travel papers.    This demand is supported by federal statute including the provisions of 18 U.S.C. Section 245.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Robert J. DuPont, the First Amended Complaint filed separately and concurrently herewith and the complete files and records in this action.

Dated: February 10, 2008

Respectfully submitted,

By _____
ROBERT J. DUPONT

Wilner & O'Reilly, APLC
Attorneys for Plaintiffs

3

NOTICE OF MOTION AND MOTION FOR LEAVE OF THE COURT
TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL-ARBI AND ZAINAB K. RUSTOM

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.
### THE COURT MAY GRANT LEAVE TO PLAINTIFF TO AMEND HIS COMPLAINT

Plaintiff requests leave of the court to amend its complaint following the answer of Defendants as provided under Federal Rule of Civil Procedure 15 (a). FRCP 15 (a) reads in pertinent part as follows:

> "(a) Amendments. …… Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer unless the court otherwise orders."

The court therefore may grant leave to Plaintiff to amend the pleadings to plead additional facts and seek additional relief from the court. The Rule also states that such leave shall be freely given when justice so requires.

As will be discussed below, the Defendant Department of State has failed to adjudicate the K-3 and I-130 immigrant visa applications despite the passing of over two years. In addition as anticipated in the original pleadings, Department of State now claims it may have issued a refusal of the K-3 immigrant visa without a written notice to Plaintiffs informing them of the decision and the basis for Defendants' decision. In addition Defendant Federal Bureau of Investigations ("FBI") has shown an active role both in the immigrant visa interview process, surveillance of Plaintiff SHAREEF EL-ARBI as well as active recruitment efforts seeking Plaintiff's role as an informant against members of the Muslim religious community in San Diego. In the course of this recruitment FBI officers informed Plaintiff Shareef El-Arbi they were knowledgeable of

4

NOTICE OF MOTION AND MOTION FOR LEAVE OF THE COURT
TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL-ARBI AND ZAINAB K. RUSTOM

the delay in the processing of his wife's immigrant visa petitions, responsible for said delay and had the power to eliminate the delays and allow Plaintiff ZAINAB K. Rustom to obtain her visa and travel papers.

### III.
### THE COURT HAS JURISDICTION TO ENJOIN FBI AGENCY INTERFERENCE WITH PLAINTIFFS EFFORTS TO SEEK BENEFITS FROM THE UNITED STATES

Plaintiff in the First Amended Complaint has set forth allegations that Defendants Federal Bureau of Investigation has actively interfered with the processing of Immigrant Visas and travel papers applied for by Plaintiffs. Interference and intimidation of Plaintiff SHAREEF EL-ARBI is a clear violation of rights as a United States citizen as provided under 18 U.S.C. 245 et.seq.

If, as Plaintiffs allege, the Federal Bureau of Investigation has actively sought to interfere with the processing of their immigrant visa applications this court can and should enjoin such activity.

### IV.
### LEAVE TO AMEND THE PLEADINGS SHOULD BE GRANTED WHERE THE FURTHERANCE OF JUSTICE SO REQUIRES.

The actions and inaction of the Defendant USCIS and Federal Bureau of Investigation in failing to process Petitioner's application for naturalization warrant the court granting leave to amend this mandamus action. Without amendment Defendants FBI will continue in its efforts to obstruct the processing of Plaintiffs' immigrant visas and travel papers. In addition allegations showing the possible return of the K-3 visa file to USCIS will reflect an ongoing role of USCIS in this case despite its forwarding of the I-130 immigrant visa file. Pleading of all parties concerned will forestall claims of

5

NOTICE OF MOTION AND MOTION FOR LEAVE OF THE COURT
TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL-ARBI AND ZAINAB K. RUSTOM

mootness as the USCIS and Department of State "ping pong" Plaintiff's case file from one jurisdiction to another without final resolution of the applications.

Plaintiffs seek to plead FBI to this action so that it will be subject to discovery, it will not be possible to determine the extent to which this agency is responsible for Defendants failure to adjudicate the pending immigrant visas.
Defendants' pending motion to dismiss is illustrative of this problem in that it seeks to declare the USCIS role in this action as moot while at the same time alleging the refusal of the K-3 immigrant visa. Under the provisions of the Foreign Affairs Manual refusal requires issuance of a written notice of decision as well as the return of the K-3 visa file to USCIS for review and possible return to the Department of State. (INA 212(b) 8 U.S.C. 1182(b)  22 C.F.R. 41.12(b);  9 FAM 41.121  42.81, Consulate "Shall provide the applicant a timely written notice that states the basis for the determination and lists the specific provisions of the law")

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

6

## V. CONCLUSION

Plaintiff respectfully requests that the court grant based upon the arguments stated above leave to amend his complaint following the answer of Defendants. Plaintiff requests leave to amend and add Defendant FBI and Director Robert Mueller as well as allegations and causes of action for relief which the court has jurisdiction to consider and judicial powers to provide. Leave to amend should be awarded based on the statutory mandate allowing liberal amendment of the pleadings, and in the furtherance of justice which demands that the court address the bad faith acts of the FBI, Immigration Service and Department of State engaged in since the filing of this mandamus action.

Respectfully Submitted on February 10, 2008

_____
ROBERT J. DUPONT, ESQ.
Wilner & O'Reilly, APLC
Attorney for Plaintiffs

7

NOTICE OF MOTION AND MOTION FOR LEAVE OF THE COURT
TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL-ARBI AND ZAINAB K. RUSTOM