ROBERT J. DUPONT CA Bar No. 176621
Wilner & O'Reilly, APLC
17777 Center Court Dr. Suite 200
Cerritos, CA 90703

Tel: 562 207-6789
Fax: 562 207-6788
E-Mail: rdupont@wilneroreilly.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEF EL-ARBI, USC; <br><br> ZAINAB K. RUSTOM, WAC 06-051-52401 MSC 06 075 26673 <br><br> Plaintiffs, <br> v. <br><br> CHRISTINA POULOS, District Director California Service Center, USCIS ; ROBERT M. COWAN, Director National Benefits Center; EMILIO GONZALEZ, COMMISSIONER, USCIS; MICHAEL CHERTHOFF, Secretary Department of Homeland Security; DEPARTMENT OF STATE ; CONDOLEEZZA RICE Secretary of State; LEWIS LUKENS, Vancouver Consulate Consul General; PATRICIA J. RAIKES, Consular Chief U.S. Consulate in Vancouver; <br><br> Defendants. | Case No CV 07-06646 GAF (PLAx) <br><br> DECLARATION OF ROBERT DUPONT IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT <br><br> Hearing Date: March 3, 2008 <br> Time of Hearing: 9:30 a.m. <br> Courtroom 740 Roybal <br><br> Before: Judge Gary Fees |

1

I, Robert Dupont, declare as follows:

1. I am the attorney of record for Plaintiff SHAREE EL-ARBI and ZAINAB K. RUSTOM in this action and have personal knowledge of each of the facts set forth in this Declaration, and can testify competently thereto, except as to the matters stated on information and belief, and as to such matters I believe them to be true.

2. This declaration is being submitted in support of Plaintiff's Motion for Leave to Amend Complaint.

3. On January 15, 2008, I conducted a meet and confer with Indira Cameron Banks, Assistant United States Attorney assigned to this case.

4. During this meet and confer I related the position of Plaintiff, that the FBI has emerged as a necessary party to this action following the representations of Defendants that an FBI officer or officers are actively recruiting Mr. El-Arbi as an informant in the Muslim religious community in San Diego.

5. Further Defendant El-Arbi has related to me that FBI agents claim they have the power to delay or conclude adjudication of his wife's visa applications pending with the Department of State and USCIS.

6. I found this abuse of executive powers and discretion by all agencies involved a necessary part our Plaintiff's pending action in Writ of Mandamus.

7. A second ground for the Motion for Leave to Amend are additional pleadings and statutory authority under INA 212(b) 8 U.S.C. 1182(b)  22 C.F.R. 41.12(b);  9 FAM 41.121 42.81.

8. These govern the regulations rules and procedures for notifying Plaintiffs of any decisions issued by the consulate in Vancouver and return of the file for re-consideration to USCIS.

2

DECLARATION OF ROBERT J. DUPONT IN SUPPORT OF MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL ARBI and ZAINAB K. RUSTOM

9. This allegations are material and relevant to Defendant USCIS efforts to remove itself from this action based on "mootness".

10. I have timely prepared a motion for leave to amend the complaint and prepared an amended complaint which lists the FBI and FBI director Robert S. Mueller as defendants.

11. The amended pleadings are necessary to reflect additional allegations with regard to an active obstruction of Plaintiff's immigrant visa applications by the Federal Bureau of Investigation, continued custody of Plaintiff's file by the USCIS following an alleged refusal of benefits by the Department of State.

12. The amended pleadings are also necessary so that the FBI may be subject as a party to discovery on the issue of its contacts with Plaintiff Shareef El-Arbi and any active obstruction of pending immigration applications and benefits for Plaintiff Zainab K. Rustom.

13. The motion for leave to amend the pleadings should be granted for the above stated reasons and Defendants' motion to dismiss should be dismissed as premature.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: February 8, 2008

By _____
ROBERT J. DUPONT
Attorney for Plaintiffs

3

DECLARATION OF ROBERT J. DUPONT IN SUPPORT OF MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT OF PLAINTIFFS SHAREEF EL ARBI and ZAINAB K. RUSTOM