Robert J. DuPont, State Bar No. 176621
WILNER & O'REILLY, APLC
17777 Center Court Drive Suite 200
Cerritos, CA 90703
Tel:   562 207-6789
Fax:   562 207-6788

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEF EL-ARBI, USC;<br>ZAINAB K. RUSTOM,<br>WAC 06-051-52401<br>MSC 06 075 26673<br>      Plaintiffs,<br> v.<br>CHRISTINA POULOS, District Director California Service Center, USCIS ; ROBERT M. COWAN, Director National Benefits Center;  EMILIO GONZALEZ, COMMISSIONER, USCIS; MICHAEL CHERTHOFF, Secretary Department of Homeland Security; DEPARTMENT OF STATE ; CONDOLEEZZA RICE Secretary of State; LEWIS LUKENS, Vancouver Consulate Consul General;  PATRICIA J. RAIKES,  Consular Chief U.S. Consulate in Vancouver;<br><br>Defendants.<br>_____ | Case No CV 07-06646 GAF (PLAx)<br><br>DECLARATION OF ROBERT DUPONT IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO DISMISS<br><br>Hearing Date: March 3, 2008<br>Time of Hearing:  9:30 a.m.<br>Courtroom:  740<br>Before:  Judge Gary Allen Feess |

     I, Robert Dupont, declare as follows:

1.    I am the attorney of record for Plaintiffs SHAREEF EL-ARBI and ZAINAB RUSTOM in this action and have personal knowledge of each of the facts set forth in this Declaration, and

1

can testify competently thereto, except as to the matters stated on information and belief, and as to such matters I believe them to be true.

2. This declaration is being submitted in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

3. I have timely prepared and filed a motion for leave to amend the complaint and prepared an amended complaint which lists the FBI and FBI director Robert S. Mueller as defendants.

4. The amended pleadings are necessary to reflect additional allegations with regard to interference in the adjudication of Plaintiffs' case by the Federal Bureau of Investigation and a statutory basis to overcome this unwarranted activity.

5. The amended pleadings are also necessary so that the FBI may be subject as a party to discovery on the issue of the FBI's interference in conferring immigration benefits to Ms. Zainab Rustom to accomplish inappropriate informant recruiting and information gathering goals with her husband Shareef El-Arbi.

6. Neither Plaintiffs nor Plaintiff's counsel both of whom are required to be served with any Department of State notice regarding their K-3 non-immigrant visa, and have been served with notice of the USCIS adjudication and transfer of the I-130 immigrant visa and file to the Department of State.

7. Attached as Exhibit A is a true and correct copy of the signed and sworn declaration of Plaintiff SHAREEF EL-ARBI.

8. Attached to Exhibit A Declaration are true and correct copies of E-Mails from individuals in Law enforcement sent to SHAREEF EL-ARBI which refer to his pending applications for his wife.

9. Attached as Exhibit B is a true and correct copy of Signed and Sworn declaration of ZAINAB K. RUSTOM.

10. Attached as Exhibit C is a true and correct copy of the letter issued by consular Officer Nguyen stating a need to complete "additional administrative processing" of the case.

**DECLARTION OF ROBERT J. DUPONT IN
SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

11. Attached as Exhibit D is a true and correct copy of an e-mail sent by the Consular office in Vancouver dated September 18, 2007 and stating the role of security and law enforcement agencies.

12. Attached As Exhibit E are true and correct copies of an approval notice and delivery receipt for the I-130 immigrant visa dated January 24, 2008.

13. Counsel for Plaintiff believes the delay in processing is unusual, it is unwarranted and appears to be deliberate.

14. Delays in processing of these visas are due not to any legitimate reason related to enforcement of the immigration laws but at the behest of the Federal Bureau of Investigation in its efforts to develop informant networks in the domestic Muslim Community.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated:  February 18, 2008            Respectfully submitted,
                                     **WILNER & O'REILLY, APLC**


                                     By: /s/ Robert J. DuPont
                                     ROBERT J. DUPONT
                                     Attorneys for Plaintiff

3

**DECLARTION OF ROBERT J. DUPONT IN
SUPPORT OF OPPOSITION TO MOTION TO DISMISS**