OMB No. 1615-0001; Expires 06/30/06

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-129F, Petition for Alien Fiancé(e)**

| Do not write in this block. | | For USCIS Use Only | |
|---|---|---|---|
| Case ID # | Action Block | I-129 | |
| A # ▓▓▓▓▓ | | MSC-06-075-26673 | |
| G-28 # | | 12/14/2005 | |
| The petition is approved for status under Section 101(a)(5)(k). It is valid for four months from the date of action. MAY 02 2007 | MAY 02 2007 [signature] U.S. Citizenship and Immigration Services | ☒ Personal Interview   ☐ Previously Forwarded  ☒ Document Check   ☐ Field Investigation | |
| Remarks: SEP 01 2007 | | | |

**Part A.  Information about you.**

1. **Name** *(Family name in CAPS)* *(First)* *(Middle)*
   EL-ARBI | Shareef | Abdulmuttaleb

2. **Address** *(Number and Street)*  Apt. #
   ▓▓▓▓▓ | ▓▓
   *(Town or City)*  *(State or Country)*  *(Zip/Postal Code)*
   S▓▓▓▓ | C▓▓▓▓ | ▓▓▓

3. **Place of Birth** *(Town or City)*  *(State/Country)*
   ▓▓▓ | ▓▓▓

4. **Date of Birth** *(mm/dd/yyyy)*   5. **Gender**
   ▓▓▓   ☒ Male  ☐ Female

6. **Marital Status**
   ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. **Other Names Used** *(including maiden name)*
   None

8a. **U.S. Social Security Number**   8b. **A#** *(if any)*
   ▓▓▓   N/A

9. **Names of Prior Spouses**   **Date(s) Marriage(s) Ended**
   None
   None

10. **My citizenship was acquired through** *(check one)*
    ☒ Birth in the U.S.   ☐ Naturalization
    Give number of certificate, date and place it was issued.
    ▓▓▓▓▓
    ☐ Parents
    Have you obtained a certificate of citizenship in your name?
    ☐ Yes   ☒ No
    If "Yes," give certificate number, date and place it was issued.

11. **Have you ever filed for this or any other alien fiancé(e) or husband/wife before?**
    ☐ Yes   ☒ No
    If "Yes," give name of alien, place and date of filing and result.

**Part B.  Information about your alien fiancé(e).**

1. **Name** *(Family name in CAPS)* *(First)* *(Middle)*
   RUSTOM | Zainab | Khalil

2. **Address** *(Number and Street)*  Apt. #
   ▓▓▓▓ W |
   *(Town or City)*  *(State or Country)*  *(Zip/Postal Code)*
   ▓▓▓ | ▓▓▓ | ▓▓▓

3a. **Place of Birth** *(Town or City)*  *(State/Country)*
   ▓▓▓ | ▓▓▓

3b. **Country of Citizenship**
   Canada

4. **Date of Birth** *(mm/dd/yyyy)*   5. **Gender**
   ▓▓▓   ☐ Male  ☒ Female

6. **Marital Status**
   ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. **Other Names Used** *(including maiden name)*
   None

8. **U.S. Social Security #**   9. **A#** *(if any)*
   N/A   N/A

10. **Names of Prior Spouses**   **Date(s) Marriage(s) Ended**
    None
    None

11. **Has your fiancé(e) ever been in the U.S.?**
    ☒ Yes   ☐ No

12. **If your fiancé(e) is currently in the U.S., complete the following:**
    He or she last arrived as a: *(visitor, student, exchange alien, crewman, stowaway, temporary worker, without inspection, etc.)*
    N/A

    **Arrival/Departure Record (I-94) Number**
    [     ] - [        ]
    Date of Arrival *(mm/dd/yy)*   Date authorized stay expired, or will expire as shown on I-94 or I-95

| INITIAL RECEIPT ____ | RESUBMITTED ____ | RELOCATED: Rec'd ____ Sent ____ | COMPLETED: Appv'd ____ Denied ____ Ret'd ____ |

f

Form I-129F (Rev. 10/26/05)Y



2005 DEC 14 PM 7:05

OMB #1615-0012, Expires 01/31/07

# I-130, Petition for Alien Relative

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

### DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY

| A# | Action Stamp | Fee Stamp |
|---|---|---|
| **Section of Law/Visa Category** | APPROVED | 12/06/2005 |
| ☒ 201(b) Spouse - IR-1/CR-1 | | DEC 01 2005 (priority date) |
| ☒ 201(b) Child - IR-2/CR-2 | | Petition was filed on: |
| ☐ 201(b) Parent - IR-5 | | ☐ Personal Interview ☐ Previously Forwarded |
| ☐ 203(a)(1) Unm. S or D - F1-1 | | ☐ Pet. ☐ Ben. " A" File Reviewed ☐ I-485 Filed Simultaneously |
| ☐ 203(a)(2)(A) Spouse - F2-1 | | ☐ Field Investigation ☐ 204(g) Resolved |
| ☐ 203(a)(2)(A) Child - F2-2 | | ☐ 203(a)(2)(A) Resolved ☐ 203(g) Resolved |
| ☐ 203(a)(2)(B) Unm. S or D - F2-4 | | |
| ☐ 203(a)(3) Married S or D - F3-1 | | |
| ☐ 203(a)(4) Brother/Sister - F4-1 | | |

**Remarks:**

**A. Relationship** You are the petitioner. Your relative is the beneficiary.

1. I am filing this petition for my:
   ☒ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child

2. Are you related by adoption?  ☐ Yes  ☒ No

3. Did you gain permanent residence through adoption?  ☐ Yes  ☒ No

### B. Information about you

1. Name (Family name in CAPS) (First) (Middle): **EL-ARBI  Shareef  Abdulmuttaleb**
2. Address (Number and Street) (Apt.No.): [redacted]
   (Town or City) (State/Country) (Zip/Postal Code): [redacted] CA [redacted]
3. Place of Birth (Town or City) (State/Country): [redacted]
4. Date of Birth (mm/dd/yyyy): [redacted]
5. Gender: ☒ Male  ☐ Female
6. Marital Status: ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced
7. Other Names Used (including maiden name): N/A
8. Date and Place of Present Marriage (if married): 03-31-2005  Calgary, Alberta, Canada
9. U.S. Social Security Number (if any): [redacted]
10. Alien Registration Number: N/A
11. Name(s) of Prior Husband(s)/Wive(s): N/A
12. Date(s) Marriage(s) Ended: N/A

13. If you are a U.S. citizen, complete the following:
    My citizenship was acquired through (check one):
    ☒ Birth in the U.S.  ✓
    ☐ Naturalization. Give certificate number and date and place of issuance.
    ☐ Parents. Have you obtained a certificate of citizenship in your own name?
       ☐ Yes. Give certificate number, date and place of issuance.  ☐ No

14a. If you are a lawful permanent resident alien, complete the following: Date and place of admission for or adjustment to lawful permanent residence and class of admission.
     N/A

14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?
     ☐ Yes  ☐ No

### C. Information about your relative

1. Name (Family name in CAPS) (First) (Middle): **RUSTOM  ZAINAB  Khalil**
2. Address (Number and Street) (Apt.No.): [redacted]
   (Town or City) (State/Country) (Zip/Postal Code): Calgary, Alberta, Canada [redacted]
3. Place of Birth (Town or City) (State/Country): [redacted]
4. Date of Birth (mm/dd/yyyy): [redacted]
5. Gender: ☐ Male  ☒ Female
6. Marital Status: ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced
7. Other Names Used (including maiden name): N/A
8. Date and Place of Present Marriage (if married): 03-31-2005  Calgary, Alberta, Ca
9. U.S. Social Security Number (if any): N/A
10. Alien Registration Number: N/A  1990
11. Name(s) of Prior Husband(s)/Wive(s): N/A
12. Date(s) Marriage(s) Ended: N/A

13. Has your relative ever been in the U.S.?  ☒ Yes  ☐ No
14. If your relative is currently in the U.S., complete the following:
    He or she arrived as a:: N/A
    (visitor, student, stowaway, without inspection, etc.)
    Arrival/Departure Record (I-94): | | | — | | | | | | | |
    Date arrived (mm/dd/yyyy):
    Date authorized stay expired, or will expire, as shown on Form I-94 or I-95:

15. Name and address of present employer (if any): N/A
    Date this employment began (mm/dd/yyyy):

16. Has your relative ever been under immigration proceedings?
    ☒ No  ☐ Yes  Where _____ When _____
    ☐ Removal  ☐ Exclusion/Deportation  ☐ Recission  ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: App'vd | Denied | Ret'd |

Form I-130 (Rev. 10/26/05)Y

REDACTED EXHIBIT 1



## DEPARTMENT OF STATE
## OF THE
## UNITED STATES OF AMERICA

Date: 14-Feb-2008
Visa Symbol: K3

**RUSTOM, Zainab Khalil**
(LAST NAME, First, Middle)

Dear Visa Applicant:

This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Nationality Act. The information contained in the paragraphs marked with "X" pertain to your visa application. Please disregard the unmarked paragraphs.

[X] Section 221(g) which prohibits the issuance of a visa to anyone whose application does not comply with the provisions of the Immigration and Nationality Act or regulations issued pursuant thereto. The following remarks apply in your case: *
Additional administrative processing required.

[ ] Section 212(a)(1) health-related grounds.

[ ] Section 212(a)(4) which prohibits the issuance of a visa to anyone likely to become a public charge.

[ ] Section 212(a)( )

See Form DSL-851A for further details.

[ ] Other:

[ ] Further consideration will be given to your visa application after you obtain and present the documents listed above and/or the following:*

[ ] You are eligible for waiver of the grounds of ineligibility. To apply for a waiver, follow the instructions in the attached Form I-724.

*WARNING: IF YOU FAIL TO TAKE THE ACTION REQUESTED WITHIN ONE YEAR FOLLOWING VISA DENIAL UNDER SECTION 221(G) OF THE IMMIGRATION AND NATIONALITY ACT, SECTION 223(G) OF THE ACT REQUIRES THAT YOUR APPLICATION BE CANCELLED.

Sincerely yours,
American Consular Officer

NSN 7540-00-149-0995
50194-104
PREVIOUS EDITIONS USABLE
OPTIONAL FORM 194 (Rev. 4-91)
U.S. DEPARTMENT OF STATE

REDACTED

EXHIBIT 2

## DHL SHIPPING INFORMATION

INSTRUCTIONS: Please **complete all blocks** in the top section of this form. Please **print legibly** or type responses. *Supervisory approval is required.*

| | |
|---|---|
| Program Code or Section: | |
| Sender's Account Number: **787296182** | Date: JAN. 24. 08 |
| From: DHS - USCIS | Extension: 3285 |

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**CITIZENSHIP & IMMIGRATION SERVICES-CIS**
24000 AVILA ROAD (2ND FLOOR)
LAGUNA NIGUEL, CA 92607

| | |
|---|---|
| Recipient's Name: ATTN: LARRY GRUBB | Phone #: |
| Company: **USCIS** NVC | Dept./Floor: |

Street Address (No PO Boxes):

City:   State:   Zip Code:

**SPECIAL INSTRUCTIONS:**

☐ **SATURDAY DELIVERY**
Name & Telephone Number of person accepting delivery:
(There is an additional charge for Saturday delivery – not available at all locations.)

☑ **SERVICES**   (Next day - 10:30 AM)   ___ Next day - 3:00 PM

___ 2nd day   Others: _____

☐ **BILL RECIPIENT'S ACCOUNT**   Account Number:

Supervisory Approval: [signature]   TRACKING NUMBER

Tracking #:

```
WB: 78668258896
Sender's Ref: DHS/USCIS EXT. 3285
Postcode: 03801
Date: 2008-01-24            Service: EXP+
Weight: 0.4 lb              Bill To: SENDER        Parcels: 1/1
CHARGE: $4.40               Customs: 0.00 USD
Description: DOCUMENTS
```

REDACTED

EXHIBIT 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER | | CASE TYPE I130 | IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| RECEIPT DATE December 6, 2005 | PRIORITY DATE December 1, 2005 | PETITIONER EL ARBI, SHAREEF A. | |
| NOTICE DATE January 24, 2008 | PAGE 1 of 1 | BENEFICIARY RUSTOM, ZAINAB K. | |

SHAREEF A. EL ARBI

Notice Type: Amended Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. We have sent the original visa petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is **(603) 334-0700.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



REDACTED

Form I-797 (Rev. 08/31/04) N

EXHIBIT 3