LINK: 13

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-7728-GAF (PLAx) | Date | July 20, 2007 |
|---|---|---|---|

| Title | El-Arbi v. Poulos |
|---|---|

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER RE: DISMISSAL

Plaintiff filed this writ of mandamus action against Defendants, alleging that the United States Citizenship and Immigration Service ("CIS") had unreasonably delayed the adjudication of a I-129F petition for alien fiancee and I-130 immigrant visa petition he filed on behalf of his then fiancee and current wife, who is in Canada. On May 2, 2007, the CIS approved both petitions. Thereafter, on May 11, 2007, the Court ordered Plaintiffs to show cause why this case should not be dismissed.

Plaintiff responded by arguing that despite the approval of the petitions at issue, the action is not moot because he worries that the petitions will not be transferred to the necessary authorities, and thus, the processing of this case will not continue. (Resp. at 2, 6.) However, Defendants have proffered undisputed evidence that not only have the petitions been approved by CIS, but also the approved I-129F visa petition was transferred from CIS to the Department of State's National Visa Center on May 10, 2007 (Lundquist Decl. ¶ 3), and that the National Visa Center completed its processing of the I-129F visa petition and forwarded it to the consulate office in Canada on May 14, 2007 (Grubb Decl. ¶ 3).

Given that the petitions at issue have been processed and that the I-129F petition has been forwarded to the consulate in Canada, the Court concludes that this action is now moot. E.g., Schneider v. Chertoff, 450 F.3d 944, 959 (9th Cir. 2006). Accordingly, Plaintiff's action is hereby **DISMISSED**.

IT IS SO ORDERED.

DOCKETED ON CM
JUL 23 2007

ATTACHMENT

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|