OMB No. 1615-0001; Expires 06/30/06

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-129F, Petition for Alien Fiancé(e)**

**Do not write in this block.**   For USCIS Use Only

| Case ID # | Action Block | I-129 |
|---|---|---|
| A # C4C4C 304 | | MSC-06-075-26673 |
| G-28 # | MAY 02 2007 | 12/14/2005 |

The petition is approved for status under Section 101(a)(5)(k). It is valid for four months from the date of action. MAY 02 2007

U.S. Citizenship and Immigration Service

☐ Personal Interview    ☐ Previously Forwarded
☒ Document Check        ☐ Field Investigation

Remarks: 2 PT 01 2007

### Part A. Information about you.

1. **Name** (Family name in CAPS) (First) (Middle)
   EL-ARBI | Shareef | Abdulmuttaleb

2. **Address** (Number and Street) — Apt. #
   5150 Balboa Arms Dr. | C-5
   (Town or City) (State or Country) (Zip/Postal Code)
   San Diego | California | 92117

3. **Place of Birth** (Town or City) (State/Country)
   San Diego | California

4. **Date of Birth** (mm/dd/yyyy): 02/19/1981
5. **Gender**: ☒ Male ☐ Female

6. **Marital Status**
   ☒ Married ☐ Single ☐ Widowed ☐ Divorced

7. **Other Names Used** (including maiden name)
   None

8a. **U.S. Social Security Number**: 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
8b. **A#** (if any): N/A

9. **Names of Prior Spouses** | **Date(s) Marriage(s) Ended**
   None |
   None |

10. **My citizenship was acquired through** (check one)
    ☒ Birth in the U.S.    ☐ Naturalization
    Give number of certificate, date and place it was issued.
    03954, 05/04/1982, County of San Diego
    ☐ Parents
    Have you obtained a certificate of citizenship in your name?
    ☐ Yes    ☒ No
    If "Yes," give certificate number, date and place it was issued.

11. **Have you ever filed for this or any other alien fiancé(e) or husband/wife before?**
    ☐ Yes    ☒ No
    If "Yes," give name of alien, place and date of filing and result.

### Part B. Information about your alien fiancé(e).

1. **Name** (Family name in CAPS) (First) (Middle)
   RUSTOM | Zainab | Khalil

2. **Address** (Number and Street) — Apt. #
   23 Hampstead Grove N.W.
   (Town or City) (State or Country) (Zip/Postal Code)
   Calgary | Canada | T3A 6B3

3a. **Place of Birth** (Town or City) (State/Country)
    Milan | Italy

3b. **Country of Citizenship**
    Canada

4. **Date of Birth** (mm/dd/yyyy): 06/27/1986
5. **Gender**: ☐ Male ☒ Female

6. **Marital Status**
   ☒ Married ☐ Single ☐ Widowed ☐ Divorced

7. **Other Names Used** (including maiden name)
   None

8. **U.S. Social Security #**: N/A
9. **A#** (if any): N/A

10. **Names of Prior Spouses** | **Date(s) Marriage(s) Ended**
    None |
    None |

11. **Has your fiancé(e) ever been in the U.S.?**
    ☒ Yes    ☐ No

12. **If your fiancé(e) is currently in the U.S., complete the following:**
    He or she last arrived as a: (visitor, student, exchange alien, crewman, stowaway, temporary worker, without inspection, etc.)
    N/A

    **Arrival/Departure Record (I-94) Number**
    [ ][ ][ ][ ]-[ ][ ][ ][ ][ ][ ]
    Date of Arrival (mm/dd/yy) | Date authorized stay expired, or will expire as shown on I-94 or I-95

---

INITIAL RECEIPT ____ RESUBMITTED ____ RELOCATED: Rec'd ____ Sent ____ COMPLETED: App'v'd ____ Denied ____ Ret'd ____

f

Form I-129F (Rev. 10/26/05)Y

2005 DEC 14 PM 7:05

19

**EXHIBIT 1**

OMB #1615-00__ Expires 01/31/07

**I-130, Petition for Alien Relative**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY**

| A# | Action Stamp | |
|---|---|---|
| Section of Law/Visa Category | (Approved stamp, signature) | 12/06/2005  WAC-06-051-5240_ WACJXT05 |
| ☒ 201(b) Spouse - IR-1/CR-1 | | DEC 01 2005 (priority date) |
| ☐ 201(b) Child - IR-2/CR-2 | | Petition was filed on: |
| ☐ 201(b) Parent - IR-5 | | ☐ Personal Interview   ☐ Previously Forwarded |
| ☐ 203(a)(1) Unm. S or D - F1-1 | | ☐ Pet.  ☐ Ben. "A" File Reviewed   ☐ I-485 Filed Simultaneously |
| ☐ 203(a)(2)(A) Spouse - F2-1 | | ☐ Field Investigation   ☐ 204(g) Resolved |
| ☐ 203(a)(2)(A) Child - F2-2 | | ☐ 203(a)(2)(A) Resolved   ☐ 203(g) Resolved |
| ☐ 203(a)(2)(B) Unm. S or D - F2-4 | | |
| ☐ 203(a)(3) Married S or D - F3-1 | | |
| ☐ 203(a)(4) Brother/Sister - F4-1 | | |

**Remarks:**

**A. Relationship**  You are the petitioner.  Your relative is the beneficiary.

1. I am filing this petition for my:  ☒ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child
2. Are you related by adoption?  ☐ Yes  ☒ No
3. Did you gain permanent residence through adoption?  ☐ Yes  ☒ No

**B. Information about you**

1. Name (Family name in CAPS) (First) (Middle): EL-ARBI  Shareef  Abdulmuttaleb
2. Address (Number and Street) (Apt.No.): 5150 Balboa Arms Dr. #C-5
   (Town or City) (State/Country) (Zip/Postal Code): San Diego, CA  92117
3. Place of Birth (Town or City) (State/Country): San Diego  California/USA
4. Date of Birth (mm/dd/yyyy): 02/19/1981
5. Gender: ☒ Male ☐ Female
6. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
7. Other Names Used (including maiden name): N/A
8. Date and Place of Present Marriage (if married): 03-31-2005 Calgary, Alberta, Canada
9. U.S. Social Security Number (if any): 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
10. Alien Registration Number: N/A
11. Name(s) of Prior Husband(s)/Wive(s): N/A
12. Date(s) Marriage(s) Ended: N/A

**C. Information about your relative**

1. Name (Family name in CAPS) (First) (Middle): RUSTOM  ZAINAB  Khalil
2. Address (Number and Street) (Apt. No.): 23 Hampstead Grove NW
   (Town or City) (State/Country) (Zip/Postal Code): Calgary, Alberta, Canada  T3A 6B
3. Place of Birth (Town or City) (State/Country): Milan  Italy
4. Date of Birth (mm/dd/yyyy): 06/27/1986
5. Gender: ☐ Male ☒ Female
6. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
7. Other Names Used (including maiden name): N/A
8. Date and Place of Present Marriage (if married): 03-31-2005 Calgary, Alberta, Ca
9. U.S. Social Security Number (if any): N/A
10. Alien Registration Number: N/A  A990
11. Name(s) of Prior Husband(s)/Wive(s): N/A
12. Date(s) Marriage(s) Ended: N/A

13. If you are a U.S. citizen, complete the following:
   My citizenship was acquired through (check one):
   ☒ Birth in the U.S. ✓
   ☐ Naturalization. Give certificate number and date and place of issuance.
   ☐ Parents. Have you obtained a certificate of citizenship in your own name?
      ☐ Yes. Give certificate number, date and place of issuance.  ☐ No

14a. If you are a lawful permanent resident alien, complete the following: Date and place of admission for or adjustment to lawful permanent residence and class of admission.
   N/A

14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?
   ☐ Yes  ☐ No

13. Has your relative ever been in the U.S.?  ☒ Yes  ☐ No
14. If your relative is currently in the U.S., complete the following:
   He or she arrived as a: (visitor, student, stowaway, without inspection, etc.)  N/A
   Arrival/Departure Record (I-94)  Date arrived (mm/dd/yyyy)
   Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
15. Name and address of present employer (if any): N/A
   Date this employment began (mm/dd/yyyy)
16. Has your relative ever been under immigration proceedings?
   ☒ No  ☐ Yes  Where _____ When _____
   ☐ Removal ☐ Exclusion/Deportation ☐ Recission ☐ Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd _____ Denied _____ Ret'd _____

Form I-130 (Rev. 10/26/05)Y

20

**EXHIBIT** 1