UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEF EL-ARBI, USC; <br> ZAINAB K. RUSTOM, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINA POULOS <br> et al. | No. 07-cv-06646 <br><br> DATE: December 6, 2007 <br><br> DECLARATION OF <br> Chloé Dybdahl |

I, Chloé Dybdahl, hereby declare under penalty of perjury:

1. I, Chloé Dybdahl, am employed by the U.S. Department of State as attorney adviser of the legal advisory opinion section of the Visa Office, Bureau of Consular Affairs. In that capacity I am authorized to search the electronic Consular Consolidated Database of the U.S. Department of State, Bureau of Consular Affairs, for replicated records of non-immigrant and immigrant visas issued at U.S. embassies and consular posts overseas. The following declaration is based on my personal knowledge and information acquired in my official capacity in the performance of my official functions.

2. The Consular Consolidated Database contains replicated electronic data recording pending non-immigrant and immigrant visa cases, visa applications, visa interviews, and visas issued and refused at U.S. diplomatic and consular posts, including Vancouver, Canada.

3. The Consular Consolidated Database reflects the following. The non-immigrant visa case of Zainab K. Rustom is assigned the case number of VAC2007630001. The National Visa Center forwarded the visa case of Zainab K. Rustom to the United States Consulate in Vancouver, Canada on May 24, 2007.



EXHIBIT 2

4. The Consular Consolidated Database further reflects that Zainab K. Rustom (DPOB: 27 June 1986, Italy) applied for a non-immigrant visa on August 27, 2007. The Consular Consolidated Database shows that on August 29, 2007, a consular officer refused the non-immigrant visa application of Zainab K. Rustom under INA§221(g).

I declare under the penalty of perjury, pursuant to 28 U.S.C.§1746, that the foregoing is true and correct to the best of my knowledge.

    Washington, D.C.
    December 6, 2007

*[signature]*
Chloé Dybdahl

EXHIBIT 2