

# DEPARTMENT OF STATE
## OF THE
## UNITED STATES OF AMERICA

Date: 14-Feb-2008
Visa Symbol: K3

RUSTOM, Zainab Khalil   VAC2007630001 01
(LAST NAME, First, Middle)

Dear Visa Applicant:

This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Nationality Act. The information contained in the paragraphs marked with "X" pertain to your visa application. Please disregard the unmarked paragraphs.

[X] Section 221(g) which prohibits the issuance of a visa to anyone whose application does not comply with the provisions of the Immigration and Nationality Act or regulations issued pursuant thereto. The following remarks apply in your case:*
Additional administrative processing required.

[ ] Section 212(a)(1) health-related grounds.

[ ] Section 212(a)(4) which prohibits the issuance of a visa to anyone likely to become a public charge.

[ ] Section 212(a)(   )

See Form DSL-851A for further details.

[ ] Other.

[ ] Further consideration will be given to your visa application after you obtain and present the documents listed above and/or the following:*

[ ] You are eligible for waiver of the grounds of ineligibility. To apply for a waiver, follow the instructions in the attached Form I-724.

*WARNING: IF YOU FAIL TO TAKE THE ACTION REQUESTED WITHIN ONE YEAR FOLLOWING VISA DENIAL UNDER SECTION 221(G) OF THE IMMIGRATION AND NATIONALITY ACT, SECTION 223(G) OF THE ACT REQUIRES THAT YOUR APPLICATION BE CANCELLED.

Sincerely yours,
American Consular Officer

NSN 7540-00-149-0968
50194-104

PREVIOUS EDITIONS USABLE

OPTIONAL FORM 194 (Rev. 4-91)
U.S. DEPARTMENT OF STATE

23



EXHIBIT 3