## DECLARATION OF YUMIKO KONO

I, YUMIKO KONO, declare as follows:

1. I am employed by the United States Citizenship and Immigration Services (hereinafter "USCIS") as a Supervisory Center Adjudication Officer at the California Service Center (hereinafter "CSC"), in Laguna Niguel, California. I have been employed with the USCIS as an Adjudication Officer since March 1990 and in my current capacity since October 2001. I make this declaration based on my personal knowledge and review of official documents and records maintained by USCIS. If called to testify, I could and would do so competently.

2. This declaration is submitted in support of Defendants' Motion to Dismiss in the case of El-Arbi v. Poulos, CV 07-06646, currently pending in the United States District Court, Central District of California. This declaration is based on a review of available agency records.

3. In my capacity as a Supervisory Center Adjudication Officer with the CSC, I have access to the official files and records of USCIS, including tracking information for approved petitions shipped to the Department of State National Visa Center in Portsmouth, New Hampshire.

4. I have reviewed the tracking information for an approved I-130 petition filed by Shareef El-Arbi on behalf of Zainab Rustom, file number WAC 06 051 52401. The records reflect that on Jan. 24, 2008, a Notice of Action was sent from CSC to the petitioner to inform him that the I-130 petition was approved and sent to the Department of State National Visa Center (hereinafter "NVC") for visa processing.



EXHIBIT 4

24

5. The approved I-130 petition was sent from the CSC via DHL next-day courier service (tracking number 78668258896) to NVC (in care of Mr. Larry Grubb) on Jan. 24, 2008, and delivered there at 10:23 a.m. on Jan. 25, 2008. The tracking information is also available online at the DHL web site (http://www.dhl-usa.com/home/home.asp).

6. I have also reviewed the databases maintained by the CSC, including CLAIMS and NFTS (National File Tracking System). When an immigrant visa petition is received by USCIS, CSC creates a file and assigns to it a receipt number, known as a WAC number, which is entered into the CLAIMS data base. The CLAIMS system is then updated whenever a Service action is taken on that application. When a visa petition approved by USCIS is returned by an American Consulate for review and possible revocation, a new receipt notice may be created based on the consular return or the original receipt number is re-established in CLAIMS. In either case, CLAIMS is then updated to show that the file is presently located at USCIS/CSC. NFTS is also updated to show either the new receipt number or that the old receipt number has been relocated at the CSC or elsewhere in USCIS.

7. The petitioner's file receipt number for the approved I-130 is WAC 0605152401. The petitioner's file receipt number for the approved I-129F is MSC 06 075 26673. A thorough search of both CLAIMS and NFTS reveals that there is no record of either visa petition WAC # 0605152401 (I-130) or MSC 06 075 26673 (I-129F) having been returned to USCIS by the State Department or the American Consulate in Vancouver, Canada. Additionally, a name search of USCIS's



EXHIBIT 4

systems reveals no other pending applications or petitions at CSC related to this petitioner and beneficiary.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of March, 2008, at Laguna Niguel, California.

*Yumiko Kono*

Yumiko Kono
Supervisory Center Adjudication Officer
California Service Center

EXHIBIT 4