# DECLARATION OF INDIRA J. CAMERON-BANKS

I, INDIRA J. CAMERON-BANKS, pursuant to 28 U.S.C. § 1746 state as follows:

1. I am an Assistant United States Attorney ("AUSA") practicing in the United States Attorney's Office for the Central District of California. I am the attorney assigned litigation responsibilities in this matter.

2. I am competent to testify as to the following facts, which are either within my personal knowledge or I have gained by reviewing the files in this action.

3. On or about December 5, 2008, I spoke with Plaintiffs' counsel, Robert Dupont, Esq. to discuss the status of Plaintiff Rustom's I-129/K-3 and I-130 visa applications. I specifically discussed the fact that Plaintiff Rustom would no longer be eligible for an I-129/K-3 visa if the United States Citizenship and Immigration Services ("CIS") forwarded the I-130 to the Department of State (State Department) National Visa Center. Plaintiffs' counsel informed me that despite this fact, Plaintiffs would still prefer to have the I-130 forwarded because entering the country on an I-130 visa would be more favorable to Plaintiff Rustom as she would not have to apply for an adjustment of status to lawful permanent resident once she enters the country.

4. On or about January 15, 2008, I spoke with Plaintiffs' counsel regarding the claims being asserted by Plaintiffs against CIS. Plaintiffs' counsel stated his intention to file a first amended complaint in which Plaintiffs would delete the claims against CIS if the I-130 was forwarded to the State Department and would add claims against the Federal Bureau of Investigation ("FBI").

5. Upon receiving a copy of Plaintiffs Motion for Leave to Amend the Complaint, I spoke and corresponded with Plaintiffs' counsel regarding the refusal of Plaintiffs' I-129/K-3 visa. During the course of these communications, Plaintiffs' counsel informed me that his clients never received a standard refusal letter. Plaintiffs's counsel also stated that he was concerned that the I-129/K-3 had been returned to CIS for further review. In response, the State Department reissued the standard form. See OF-194,



EXHIBIT 5

1  attached as Exhibit 3 to Defendants' Motion to Dismiss the First Amended Complaint.
2  The State Department and CIS also confirmed that the I-129/K-3 visa had not been
3  returned to CIS, which I communicated to Plaintiffs' counsel.

5  I declare under penalty of perjury that the foregoing is true and correct.
6  Executed on March 17, 2009 at Los Angeles, California.

                                        INDIRA J. CAMERON-BANKS