# DHL SHIPPING INFORMATION

**INSTRUCTIONS:** Please **complete all blocks** in the top section of this form. Please **print** legibly or type responses. *Supervisory approval is required.*

Program Code or Section:

Sender's Account Number: 787296182

Date: JAN. 26. 08

From: DHS - USCIS

Extension: 3285

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**CITIZENSHIP & IMMIGRATION SERVICES-CIS**
24000 AVILA ROAD (2ND FLOOR)
LAGUNA NIGUEL, CA 92607

Recipient's Name: ATTN: LARRY GRUBB

Phone #:

Company: USCIS   NVC

Dept./Floor:

Street Address (No PO Boxes):

City:   State:   Zip Code:

**SPECIAL INSTRUCTIONS:**

[ ] **SATURDAY DELIVERY**
Name & Telephone Number of person accepting delivery:
(There is an additional charge for Saturday delivery – not available at all locations.)

[✓] SERVICES   (Next day - 10:30 AM)   ___ Next day -3:00 PM
___ 2nd day   Others: ___

[ ] **BILL RECIPIENT'S ACCOUNT**   Account Number:

Supervisory Approval: [signature]

TRACKING NUMBER

Tracking #:

```
WB: 78668258896
Sender's Ref: DHS/USCIS EXT. 3285
Postcode: 03801
Date: 2008-01-24           Service: EXP+
Weight: 0.4 lb             Bill To: SENDER      Parcels: 1/1
CHARGE: $4.40              Customs: 0.00 USD
Description: DOCUMENTS
```

EXHIBIT 6

29

| Department of Homeland Security | | I-797, Notice of Action |
|---|---|---|
| U.S. Citizenship and Immigration Services | | |

| RECEIPT NUMBER<br>WAC-06-051-52401 | | CASE TYPE I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>December 6, 2005 | PRIORITY DATE<br>December 1, 2005 | PETITIONER<br>EL ARBI, SHAREEF A.<br>BENEFICIARY  A099 098 304 |
| NOTICE DATE<br>January 24, 2008 | PAGE<br>1 of 1 | RUSTOM, ZAINAB K. |

SHAREEF A. EL ARBI
P O BOX 151138
SAN DIEGO CA 92175

Notice Type: Amended Approval Notice
Section: Husband or wife of U.S.
         Citizen, 201(b) INA

The above petition has been approved. We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is (603) 334-0700.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 08/31/04) N

30



EXHIBIT 6