# EXHIBIT A

I attended an interview for the K-3 visa in Vancouver, Canada on August 27th 2007 with my wife, Zainab Rustom. We were never informed that the K-3 Visa was "refused" on August 29th 2007.

On August 27th 2007, they said they needed more time for "administrative processing." Please find a copy of the sheet they handed us at the end of the interview attached. We asked how long would this take; they said several days. I said for more security checks? The vice consul, Long Nguyen, said yes. I said no security checks only take a few days; please tell me how long it will really take. He said, 4-6 weeks. He verified our contact info and said he would contact us once things are ready for my wife to send in her passport to get the visa. We never had a follow-up interview, nor did we ever send anything else in. They did not ask us to.

My wife e-mailed them at the e-mail provided to us, VancouverK@state.gov, on September 14th inquiring as to the status of the case; they responded on September 18th stating that: "As you know, the processing of your visa application has been delayed for required vetting by security and law enforcement agencies... Please rest assured that we will contact you immediately when the clearance is complete and we are ready to proceed with your visa application." We never heard from them since. Please find a copy of that e-mail attached.

Also, please find copies of e-mail communications between me and various individuals from various intelligence agencies. They asked me to work for them in exchange for resolving my wife's immigration dilemma.

Signed:

Shareef El-Arbi
On, February 11th 2008

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:51 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: Fwd: going native there yet? (my yahoo address works better for me) |


Shareef


----- Forwarded Message ----
From: Kevin Dragonfly <kevindragonfly@yahoo.com>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Tuesday, February 12, 2008 2:29:34 AM
Subject: Re: Fwd: going native there yet? (my yahoo address works better for me)

Allah's earth is not so vast, i'd say.  2/3 of the earth is water.  of the 1/3 that's land, probably 1/3 of that is uninhabitable (ice, barren desert, lava).  so, really, it's a pretty "small world after all."

so, what was the "disturbing" news from your lawyer?  sucks that you even HAVE a lawyer, man.  i feel for ya. i only mentioned your wife's visa just because i figured it wouldn't be too hard to get the scoop and perhaps nudge things along in the right direction.

anyway, as for things: socal is hot these days.  lots of warm and sunny weather.  snow on the mountains.  i'm not sure how KL is right now, but probably in the upper 80s with humidity, eh?  maybe i should drop by for a visit?

*Shareef El-Arbi <shareef.elarbi@yahoo.com>* wrote:
I'm still at the same hotel; they have apartment suites that give a cheaper monthly rate. no I don't know about anyone coming to KL recently.

as for the visa thingy, I received some disturbing news recently from my lawyer. since everyone insists that no one has meddled in the case and it just got stuck on its own, I would rather let it get unstuck on its own. my wife and I have decided we would prefer that the case proceeds without any intervention. The only intervention we are looking for is divine; if its meant for us to be in the US we will, if not then Allah's earth is vast.

----- Original Message ----
From: Kevin Dragonfly <kevindragonfly@yahoo.com>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Thursday, February 7, 2008 2:32:04 AM
Subject: Re: Fwd: going native there yet? (my yahoo address works better for me)

did this one also go into spam?  that happens for a number of reasons.  in this case, it was probably a sensitivity with yahoo when i forwarded your email back to you and added my yahoo address.  all because of these crap viagra emails that infest our internet!

but no, i have no need to bcc anyone.  always the suspicious guy.

regarding the embassy job: the only problem is that you'd either have to wait for the long bureaucratic process

to sort itself out; or work for us. haha. and i know you don't want to wear horns on your head or carry a sickle.

what else? oh the visa thingy. no problem. goodness of my heart. plus, if you give me her name and dob, i can simply have my buddy in ice/state look at it again. (yes, you heard me right: as further evidence how little we are consumed by you (say it aint so!), i don't even have the first shred of info on your wife!) i could ask jason i suppose, but defer to you.

so where are you hanging your hat these days? still the expensive hotel, or did you move in with your wife's relatives? (yes, i'm being nosey.) separately, and as a test of your statement that "if we want to know something just ask me directly": you aware of other guys traveling to KL from the US and/or Canada recently? by guys, i mean people with similar unfortunate "slushy" backgrounds. : )

cheers and enjoy the heat! it's freezing here.

*Shareef El-Arbi <shareef.elarbi@yahoo.com>* wrote:
weird; I found this e-mail in my spam folder. Did you BCC a bunch of people or something?

It's not so bad with family as I was living in Anaheim for over a year before coming here.

As for the visa stuff, if you want to do something from the goodness of your heart go for it, but if you expect "something" in return then no thanks.

As for the embassy, I would hope they do some sort of checks before hiring and with my "slushy drinking experiences" do you really think they would hire me?!

Shareef

----- Original Message ----
From: Kevin Dragonfly <kevindragonfly@yahoo.com>
To: shareef.elarbi@yahoo.com; Kevin Dragonfly <kevin.dragonfly@gmail.com>
Sent: Saturday, February 2, 2008 4:29:38 AM
Subject: Re: Fwd: going native there yet? (my yahoo address works better for me)

that's funny. one of my favorite restaurants (especially in the rural areas) was KFC: 2-3 chicken breasts, with a scoop of fresh, fluffy white rice. they don't make it like that here in the States.

i'm sure your family in SD misses you. i'm still glad to see that things worked out for you and your wife.

i don't have - and haven't asked for - any of your "files" from jason, etc. so, if you'd care for me to do a little research (no promises) on your wife's US status/visa, all i need is for you to ask. don't be coy. ; ) it's just that i've got serious ct work to contend with, and i don't want to meddle with your business unless you'd like me to. i think i've shown myself to be fairly straight forward to date. (i've got better visa-type contacts than do some others.)

hey, you can always apply for a job at the US embassy in kl!!! how ironic.

*Kevin Dragonfly <kevin.dragonfly@gmail.com>* wrote:

2

---------- Forwarded message ----------
From: **Shareef El-Arbi** <shareef.elarbi@yahoo.com>
Date: Feb 1, 2008 5:50 AM
Subject: Re: going native there yet?
To: Kevin Dragonfly <kevin.dragonfly@gmail.com>


Unfortunately, I'm not a fan of spicy food, but they have lot's of American fast food here thank God. They offer those foot massages everywhere, but haven't had the luxury yet. Still researching and pursuing different options for work and school; we'll see what happens, but you'll be the first to know ;)

bye for now,

Shareef


----- Original Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Friday, February 1, 2008 5:37:15 AM
Subject: going native there yet?

i suspect that by now you've learned some of the local language and experimented with the local cuisine.  food from northern malaysia is, to some, better albeit intolerably spicy (from thailand).  did you take advantage of the $10 massages?  doctors recommend massages for those who want to be calmer and live longer (who would want that).  any luck with school or work?  my fear was that by "local hire", companies in asia were referring to local residents (not foreigners or expats).  this is b/c those companies don't want to bother sponsoring expats' visas.

best of luck.  nothing new back on this end.


---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

---

Never miss a thing. Make Yahoo your homepage.

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:49 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: We made it :) |

Shareef

----- Forwarded Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Monday, January 21, 2008 8:38:36 AM
Subject: Re: We made it :)

good luck. i hope you find what you're looking for.  feel free to keep in touch, bounce ideas/theories off me, etc.  i didn't look into your wife's visa/Immigration situation, although i can.

kevin

On Jan 17, 2008 7:44 PM, Shareef El-Arbi <shareef.elarbi@yahoo.com> wrote:
Hey Kevin,

We made it safely to KL. The trip was uneventful alhamdulillah! Take care,

Shareef

---

Never miss a thing. Make Yahoo your homepage.

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:48 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: did i get your email right?? - Kevin |

Shareef

----- Forwarded Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Sunday, January 13, 2008 5:23:58 AM
Subject: Re: did i get your email right?? - Kevin

Glad you got in touch with Jason. He explained to me the situation with your Santa Ana "record". It'll fade like a dying painting in the sun.

Within every socialist system that has ever existed, there has yet to be sufficient freedom of speech, expression, etc (although the two aren't by nature mutually exclusive, particularly within a progressive/contemporary socialist democracy). It is a valid form of economics and by extension politics for people who crave or need structure and where every person within the society is expected to conform to very uniform patterns of behavior, etc; and where the incentive to work, even perform grueling manual labor, outways the easier option of doing nothing and receiving free aid. As you have experienced first hand, not everyone behaves the same as the person next to them, often for reasons simply attributable to varying DNA, nurturing, etc; and there are significant portions of the population who either aspire too much or too little.

"No government ought to be without censors; and where the press is free no one ever will."

Also, be careful what you read. Exposing yourself to great works of literature and thought, but limiting it to one predominant school of thought and NOT interjecting your own free thought and analysis or the opposing views expressed with equal eloquence, this can be a problem for you. It's like being a far-left liberal in the U.S. and deciding that all you will study is contemporary liberal thought; but, for the sake of learning more about the opposing side one decides to include Fox News. Sorry, but the latter is not a constructive representative of the opposing - conservative - views.

<u>"The moment a person forms a theory, his imagination sees in every object only the traits which favor that theory."</u>

As for Vonnegut: if you'd care to hear my limited views, here they are. He was a masterful writer, particularly in his early (collegiate) days. Through many literary 'slight-of-hands', he was able to fool the reader, to draw him in to what it was he was saying - whether fully accurate or not - particularly on topics he was NO expert (science, medicine, engineering, broadcasting, politics, etc). If not mistaken, his background was very diverse and he was barely an expert at anything. That, and he had a well documented troubled life, from a suicidal parent, dead spouse, to his view of WWII from the worst possible physical perspective (as a POW somewhere in Europe). He bounced around from one type of job to another (maybe computers or something to news reporting to writing); and by the '80's, he was horribly bitter. I remember being in Boston at the time, and people (at local universities) identifying him as being clinically depressed, etc. Too much time in the northeast.

I'd assume that Man Without a Country is horribly jaded and negative (it's a compilation of his loose writings, correct?). A bunch of varied complaints thrown out at the end of his life in an effort to compare himself to Mark Twain or Hitler. He should have died with dignity and offered mankind something instead of complaining so much. In sum: great writing abilities and some fantastic early products; but prior to his death (in jewish NYC, no?) he had become angry about everything, including ALL religions.

A truly socialist country cannot compete on the global market with non-socialist economies, where demand and supply (etc) influence prices and the distribution of wealth. Sorry, but unless the entire planet is under a socialist dictatorship, then it will always be undersold by a far more efficient (if not cut-throat) capitalist or free-market system. There IS however a strong case to be argued for why oil wealth - taken from the land that everyone sits atop of - isn't distributed more generously to all those who sit atop of it (which would pretty much be every human on earth). Then again, big companies invested in the technology...so to them the spoils I suppose....

On Jan 11, 2008 6:21 PM, Shareef El-Arbi <shareef.elarbi@yahoo.com> wrote:
Thanks Kevin; I received an update from Jason. On my second flight I read Kurt Vonnegut's A Man Without a Country since I didn't have anyone to have titillating conversations with :) You have to read it!! I'm thinking seriously about converting from Democracy to Socialism ;) Don't worry though; definitely not the communist version :P

Regards,

Shareef

----- Original Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com >
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Friday, January 11, 2008 7:44:14 AM
Subject: Re: did i get your email right?? - Kevin

Morning. "They" stopped you about Santa Ana... the Canadians? I still find it perplexing that they'd have access to a city police/prosecutor's files from Santa Ana. Unfortunately I'm 'on the road' today, but if you'd prefer, I can discuss it with Jason - was meaning to call him today anyway just to give him 'the' update as well.

Believe in Democracy, man. Cheers.

K

On Jan 10, 2008 9:43 PM, Shareef El-Arbi <shareef.elarbi@yahoo.com> wrote:
Hey,

I made it, but they stopped me about Santa Ana. They said there was no disposition on the matter. I'm a bit disappointed. I'll be talking to Jason about that soon.

Shareef

----- Original Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com >
To: shareef.elarbi@yahoo.com

Sent: Thursday, January 10, 2008 3:09:06 PM
Subject: did i get your email right?? - Kevin

hey, did you make it in? i received a 'missed call' on that phone that you used.  that wan't you calling from jail was it??!?!?!

k

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

3

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:46 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: did i get your email right?? - Kevin |

Shareef

----- Forwarded Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Friday, January 11, 2008 11:44:14 PM
Subject: Re: did i get your email right?? - Kevin

Morning.  "They" stopped you about Santa Ana... the Canadians?  I still find it perplexing that they'd have access to a city police/prosecutor's files from Santa Ana.  Unfortunately I'm 'on the road' today, but if you'd prefer, I can discuss it with Jason - was meaning to call him today anyway just to give him 'the' update as well.

Believe in Democracy, man.  Cheers.

K

On Jan 10, 2008 9:43 PM, Shareef El-Arbi <shareef.elarbi@yahoo.com> wrote:
Hey,

I made it, but they stopped me about Santa Ana. They said there was no disposition on the matter. I'm a bit disappointed. I'll be talking to Jason about that soon.

Shareef

----- Original Message ----
From: Kevin Dragonfly <kevin.dragonfly@gmail.com >
To: shareef.elarbi@yahoo.com
Sent: Thursday, January 10, 2008 3:09:06 PM
Subject: did i get your email right?? - Kevin

hey, did you make it in? i received a 'missed call' on that phone that you used.  that wan't you calling from jail was it??!?!?!

k

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:44 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: Wednesday |

Shareef

----- Forwarded Message ----
From: Jason Santy <JSanty@anaheim.net>
To: shareef.elarbi@yahoo.com
Sent: Tuesday, January 1, 2008 3:37:30 AM
Subject: Wednesday

Hi Shareef,

Wednesday morning please, 10:00 AM. Call me when you arrive and I'll give you instructions where to go exactly.

**Residence Inn by Marriott - San Diego Central**
5400 Kearny Mesa Road
San Diego, California 92111

Take care ~ Jason

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

Never miss a thing. Make Yahoo your homepage.

1

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:44 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: |

Shareef

----- Forwarded Message ----
From: Jason Santy <JSanty@anaheim.net>
To: shareef.elarbi@yahoo.com
Sent: Friday, December 28, 2007 4:15:51 AM
Subject:

2:30 PM
Embassy Suites
601 Pacific Hwy
San Diego

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

1

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:44 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: Meeting |

Shareef

----- Forwarded Message ----

From: Jason Santy <JSanty@anaheim.net>
To: Shareef El-Arbi <shareef.elarbi@yahoo.com>
Sent: Monday, December 24, 2007 5:58:10 AM
Subject: RE: Meeting

That's fine, I'll pass it on and I'll let you know when I learn exactly where to meet.

Thanks ~ Jason

Investigator Jason Santy
Anaheim Police Department
Orange County Intelligence Assessment Center
714-476-2351 (Blackberry)
jsanty@anaheim.net

WARNING: Information contained in this email may be of a sensitive nature and not intended for general public or media distribution.

---

**From:** Shareef El-Arbi [mailto:shareef.elarbi@yahoo.com]
**Sent:** Sun 12/23/2007 1:43 PM
**To:** Jason Santy
**Subject:** RE: Meeting

Hi Jason,

Friday prayer is over at around 1:45pm; let&#39;s shoot for around 2:30pm to meet instead? Please let me know.

Regards,

Jason Santy wrote:
> Meeting
>  Shareef,
> Can we make our next meeting on friday at 2PM instead of thursday? Those domestic guys we talked about meeting with are going to obtain a business meeting room at a san diego hotel this time to have a little more privacy than the coffee shop provides without going to their offices. Tim and I told them low key and not at their office and of course Tim and I will be there with you.
> Let me know if this is ok and I'll let you know when I hear back for sure on the specific location.
> - Jason
> ---------------------
> Investigator Jason Santy
> Anaheim PD Intel Unit
> Orange County Intel Center

1

> 714-476-2351 (cell)
> 714-628-3016 (office)
>  THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

Looking for last minute shopping deals?
Find them fast with Yahoo! Search.  http://tools.search.yahoo.com/newsearch/category.php?category=shopping

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

2

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:43 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: Meeting |

Shareef

----- Forwarded Message ----
From: Jason Santy <JSanty@anaheim.net>
To: shareef.elarbi@yahoo.com
Sent: Sunday, December 23, 2007 7:07:49 PM
Subject: Meeting

Shareef,

Can we make our next meeting on friday at 2PM instead of thursday? Those domestic guys we talked about meeting with are going to obtain a business meeting room at a san diego hotel this time to have a little more privacy than the coffee shop provides without going to their offices. Tim and I told them low key and not at their office and of course Tim and I will be there with you.

Let me know if this is ok and I'll let you know when I hear back for sure on the specific location.

- Jason

-----------------------
Investigator Jason Santy
Anaheim PD Intel Unit
Orange County Intel Center
714-476-2351 (cell)
714-628-3016 (office)

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Shareef El-Arbi [shareef.elarbi@yahoo.com] |
| **Sent:** | Thursday, February 14, 2008 4:42 AM |
| **To:** | Robert J. Dupont |
| **Subject:** | Fw: Test E-mail... |

Shareef

----- Forwarded Message ----
From: Jason Santy <JSanty@anaheim.net>
To: shareef.elarbi@yahoo.com
Sent: Wednesday, November 21, 2007 1:50:41 PM
Subject: Re: Test E-mail...

Hi Shareef, yes I got your test email, thanks.

We're thinking of trying to get together again on sunday if you were availible, just because Tim and I have other commitments over the next couple weeks as we mentioned.

Will call you in a few days.

Have a good week - Jason


----------------------
Investigator Jason Santy
Anaheim PD Intel Unit
Orange County Intel Center
714-476-2351 (Cell)


----- Original Message -----
From: Shareef El-Arbi <shareef.elarbi@yahoo.com>
To: Jason Santy
Sent: Tue Nov 20 21:36:55 2007
Subject: Test E-mail...

Hi Jason,

This is a test e-mail just in case. Hear from you soon,


Shareef


Never miss a thing. Make Yahoo your homepage. <http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>


THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT

1

IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

# EXHIBIT B

I, Zainab Rustom, testify to the following:

I attended an interview for the K-3 visa in Vancouver, Canada on August 27th 2007 with my husband, Shareef El-Arbi. We were never informed that the K-3 Visa was "refused" on August 29th 2007.

On August 27th 2007, they said they needed more time for "administrative processing." Please find a copy of the sheet they handed us at the end of the interview attached. We asked how long would this take; they said several days. My husband asked: "for more security checks?" The vice consul, Long Nguyen, said yes. My husband said no security checks only take a few days; please tell me how long it will really take. He said, 4-6 weeks. He verified our contact info and said he would contact us once things are ready for me to send in my passport to get the visa. We never had a follow-up interview, nor did we ever send anything else in. They did not ask us to.

I e-mailed them at the e-mail provided to us, VancouverK@state.gov, on September 14th inquiring as to the status of the case; they responded on September 18th stating that: "As you know, the processing of your visa application has been delayed for required vetting by security and law enforcement agencies... Please rest assured that we will contact you immediately when the clearance is complete and we are ready to proceed with your visa application." We never heard from them since. Please find a copy of that e-mail attached.

Signed:

Zainab Rustom
On, February 11th 2008

# EXHIBIT C



**CONSULATE GENERAL OF THE**
UNITED STATES OF AMERICA

1075 West Pender Street
Vancouver, B.C. Canada V6E 2M6

# AUTHORIZATION TO RETURN TO THE NONIMMIGRANT VISA UNIT FOR K VISA APPLICANTS

Date: August 27, 2007

Name: Rustom, Zainab Khalil

We cannot process your visa application due to insufficient information. When you have obtained the requested items listed below, please contact our office (VancouverK@state.gov) to schedule a new appointment. Please show this form to the security guard located at the **1075 West Pender Street entrance** of the Consulate.

1. Passport
2. We cannot make a final decision on your case until we complete additional administrative processing. We will contact you once this processing has been completed.

Long Nguyen
Vice Consul of the
United States of America

S:CONSULAR/CONSHARE/HANDOUT/K1/K 221g letter

# EXHIBIT D

**Robert J. Dupont**

| | |
|---|---|
| **From:** | Zizi Rustom [zizirustom@yahoo.ca] |
| **Sent:** | Saturday, February 09, 2008 9:03 AM |
| **To:** | Robert J. Dupont |
| **Cc:** | shareef.elarbi@yahoo.com |
| **Subject:** | Fw: Case Progress Question-- |

Hi Robert,

This is from Shareef; this is my wife's e-mail address. She sent the US consulate in Vancouver an e-mail inquiring about the case on 09/14/07 and they responded on 09/18/07 with the following:

(I hope this helps)

----- Forwarded Message ----
From: "Vancouver, K Visa Department" <Vancouverk@state.gov>
To: Zizi Rustom <zizirustom@yahoo.ca>
Sent: Tuesday, September 18, 2007 5:48:08 AM
Subject: RE: Case Progress Question--

As you know, the processing of your visa application has been delayed for required vetting by security and law enforcement agencies.  We regret that this delay has caused you inconvenience.  Because the clearances are done by other agencies, we are not able to predict when any individual clearance will be completed.  However, we can assure you that the clearance request is in the hands of the appropriate agencies.

On a daily basis we check the status of all pending cases to see if a final clearance has been sent to us.  Please rest assured that we will contact you immediately when the clearance is complete and we are ready to proceed with your visa application.

---

**From:** Zizi Rustom [mailto:zizirustom@yahoo.ca]
**Sent:** Friday, September 14, 2007 1:37 PM
**To:** Vancouver, K Visa Department
**Cc:** shareef.elarbi@yahoo.com
**Subject:** Case Progress Question--

Hello,
I had my K3 interview on Aug. 27 and I was told that I can't get my visa until additional security checks were finished.

I would like to know if there is any new updates on my case? Where is my file? How much longer will I have to wait?

Thank you very much in advance
Zizi

Name: Zainab Rustom
Case #: VAC2007630001

1

# EXHIBIT E

*DHL SHIPPING INFORMATION*

INSTRUCTIONS: Please **complete all blocks** in the top section of this form.  Please **print legibly** or type responses.  *Supervisory approval is required.*

Program Code or Section:

Sender's Account Number: **787296182**   Date: ⌐JAN. 24.08

From: DHS - USCLS   Extension: 3285

## U. S. DEPARTMENT OF HOMELAND SECURITY
## CITIZENSHIP & IMMIGRATION SERVICES-CIS
24000 AVILA ROAD( 2ND FLOOR)
LAGUNA NIGUEL, CA 92607

Recipient's Name: ATTN LARRY GRUBB   Phone #:

Company: **USCIS**   NVC   Dept./Floor:

Street Address (No PO Boxes):

City:   State:   Zip Code:

**SPECIAL INSTRUCTIONS:**

☐ **SATURDAY DELIVERY**
Name & Telephone Number of person accepting delivery:
(There is an additional charge for Saturday delivery – not available at all locations.)

☑ **SERVICES**   ___ Next day - 10:30 AM   ___ Next day -3:00 PM
___ 2nd day   Others:_____

☐ **BILL RECIPIENT'S ACCOUNT**   Account Number:

Supervisory Approval:   TRACKING NUMBER

Tracking #:   WB: 78668258896
Sender's Ref: DHS/USCIS EXT. 3285
Postcode: 03801
Date: 2008-01-24   Service: EXP+
Weight: 0.4 lb   Bill To: SENDER
CHARGE: $4.40   Customs. 0.00 USD   Parcels: 1/1
Description: DOCUMENTS

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-06-051-52401 | **CASE TYPE** I130  IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| **RECEIPT DATE** December 6, 2005  **PRIORITY DATE** December 1, 2005 | **PETITIONER** EL ARBI, SHAREEF A. |
| **NOTICE DATE** January 24, 2008  **PAGE** 1 of 1 | **BENEFICIARY** A099 098 304 RUSTOM, ZAINAB K. |

SHAREEF A. EL ARBI
P O BOX 151138
SAN DIEGO CA 92175

**Notice Type:** Amended Approval Notice
**Section:** Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved.  We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.  NVC processes all approved immigrant visa petitions that need consular action.  It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly.  However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC.  The telephone number of the NVC is (603) 334-0700.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 08/31/04) N